In the Matter of the Arbitration between RIVERDALE FABRICS CORP., Appellant, and TILLINGHAST-STILES COMPANY, Respondent.

Submitted May 17, 1954; decided June 3, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 288.]